FRANCISCO DEL MORAL, SR., and Others, v. UNITED STATES FIDELITY AND GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals

denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.